No. 92–425. GOLDSTAR (PANAMA), S. A., ET AL. v. UNITED STATES; and MAURICIO DEPORTES, S. A., ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 967 F. 2d 965 (first case).

No. 92–430. EL PASO NATURAL GAS CO. v. HARTFORD ACCIDENT & INDEMNITY CORP. C. A. 10th Cir. Certiorari denied.

No. 92–434. HUDSON INSURANCE CO. v. AMERICAN ELECTRIC CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–435. ARCHVIEW INVESTMENTS, INC. v. CITY OF COLLINSVILLE, ILLINOIS, ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 92–436. LANDANO v. RAFFERTY, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–440. SCRUGGS v. VIRGINIA. Ct. App. Va. Certiorari denied.

No. 92–445. CENTRAL BANK OF TAMPA v. TRANSAMERICA INSURANCE GROUP. C. A. 11th Cir. Certiorari denied.

No. 92–446. SEARS, ROEBUCK & CO. v. FORBUS ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–448. FRAZIER v. CALIFORNIA STATE BAR. Sup. Ct. Cal. Certiorari denied.

No. 92–450. CARPENTER v. UNIVERSAL STAR SHIPPING, S. A., ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–459. AQUAFAITH SHIPPING, LTD., ET AL. v. JARILLAS, INDIVIDUALLY, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JARILLAS, AND AS NATURAL TUTRIX OF THEIR MINOR CHILDREN. C. A. 5th Cir. Certiorari denied.

No. 92–472. HORNSBY v. ST. LOUIS SOUTHWESTERN RAILWAY CO. C. A. 8th Cir. Certiorari denied.